UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

THERESA SALES-TREADWELL

Debtor(s)

Case No. 09-47056

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/14/2009.

2) The plan was confirmed on 03/11/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/13/2010.

5) The case was converted on 09/16/2010.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $18,550.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $730.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $730.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $183.58 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $36.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $219.73

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED RADIOLOGISTS | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 73.77 | NA | NA | 0.00 | 0.00 |
| B REAL LLC | Unsecured | 609.30 | 677.00 | 677.00 | 0.00 | 0.00 |
| CENTRAL PROFESSIONAL GROUP | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 1,507.06 | NA | NA | 0.00 | 0.00 |
| CITY COLLEGES OF CHICAGO | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 670.91 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PUBLIC SERVICES | Unsecured | 18.74 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 329.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 336.56 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 331.80 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 42.30 | 565.73 | 565.73 | 0.00 | 0.00 |
| INSTITUTE FOR PERSONAL DEVELOP | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 414.92 | 508.25 | 508.25 | 0.00 | 0.00 |
| JOLIET HOSPITALIST GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAKEWOOD FALLS PHASE #5 HOA | Secured | 766.50 | 766.50 | 766.50 | 145.10 | 0.00 |
| LINDEN OAKS HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCI | Unsecured | 467.69 | NA | NA | 0.00 | 0.00 |
| MIDWEST MEDICAL RECORD ASSOC | Unsecured | 62.44 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICIANS GROUP | Unsecured | 297.82 | 331.80 | 331.80 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 424.00 | 265.48 | 265.48 | 0.00 | 0.00 |
| NAPERVILLE CHILDRENS CLINIC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 422.32 | 416.39 | 416.39 | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Unsecured | NA | 6,044.40 | 6,044.40 | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION | Secured | 900.00 | 900.00 | 900.00 | 330.65 | 34.52 |
| OAKBROOK ENDODONTIC ASSOCIAT | Unsecured | 252.11 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK SURGICAL CENTER | Unsecured | 505.60 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 50.05 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 964.80 | 1,072.01 | 1,072.01 | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUEST DIAGNOSTICS | Unsecured | 1,231.75 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,056.60 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 53.69 | NA | NA | 0.00 | 0.00 |
| SRINIVAS KOTA MD | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MATERNAL MEDICINE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | 101.69 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 28,279.93 | 28,279.93 | 28,279.93 | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WOMENS CENTER FOR HEALTH | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $28,279.93 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $900.00 | $330.65 | $34.52 |
| All Other Secured | $766.50 | $145.10 | $0.00 |
| **TOTAL SECURED:** | **$29,946.43** | **$475.75** | **$34.52** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,881.06** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $219.73 |
| Disbursements to Creditors | $510.27 |
| **TOTAL DISBURSEMENTS:** | **$730.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/22/2010                                      By: /s/ Glenn Stearns
                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**